# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PHILLIPS,<br><br>      Petitioner,<br><br>   v.<br><br>DAVE DAVEY,<br><br>      Respondent. | 1:15-cv-00325-GSA-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO STAY THE STATE COURT PROCEEDINGS AS MOOT<br>(ECF No. 1) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. As part of his petition, Petitioner filed a motion to stay the state court proceedings against Petitioner pending the final disposition of this petition. (ECF No. 1 at 32). On June 23, 2015, the Court issued an order dismissing the petition as successive and ordered the Clerk of Court to close the case. (ECF No. 9). Therefore, the motion is moot.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to stay the state court proceedings pending the final disposition of this petition is DENIED AS MOOT.

IT IS SO ORDERED.

   Dated:   **June 23, 2015**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

1